IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Wagner, et al., | No. CV-19-03216-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Derek Adickman, et al., | |
| Respondents. | |

United States Magistrate Judge Camille Bibles has issued a Report and Recommendation ("R&R") (Doc. 243) recommending that the motion at ECF No. 238 be granted, and the motion at ECF No. 234 be denied as moot. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 29-30) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Docs. 243) is accepted.

**IT IS FURTHER ORDERED** granting the Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 238) and awarding Plaintiffs/Counter Defendants attorney's fees in

the amount of $600.00 and $431.30 in Court Reporter cost against Andrea Adickman.

**IT IS FURTHER ORDERED** Plaintiffs/Counter Defendants' Application and Affidavit Re: Attorneys' Fees and Non-Taxable Costs (Doc. 234) is denied as moot.

Dated this 19th day of March, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -